## McKee Estate.

608

Argued April 15, 1954. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and AR-NOLD, JJ.

*John F. Thaete,* with him *Myron M. Fineman,* for appellants.

*James E. Gallagher, Jr.,* with him *Gerald Ronon, D. Alexander Wieland, Herbert R. Cain, Mercer L. Lewis* and *Stradley, Ronon, Stevens & Young,* for appellee.

OPINION PER CURIAM, September 27, 1954:

The decree of the court below is affirmed on the adjudication of Judge BOLGER. Costs to be paid from the corpus of the estate.